IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03514-WPJ-NYW

K.B., by and through her next friend,
ANGELA BOURELLE,

    Plaintiff,

v.

CHRISTOPHER J. PEREZ, in his personal capacity,

    Defendant.

---

### ORDER
---

    IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint [#24] is GRANTED. The Clerk of Court shall accept [#24-1] for filing as the First Amended Complaint.

DATED: August 6, 2015

BY THE COURT:

_____
United States District Judge