IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

K.B., by and through her next friend,
ANGELA BOURELLE,

        Plaintiff,

vs.                                                                                   No.  CV-14-3514 WPJ/NYW

CHRISTOPHER J. PEREZ (in his personal
Capacity for damages as Mark Bourelle's former
probation officer),

        Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION TO RESET MARCH 18, 2016 HEARING

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to vacate and reschedule the March 18, 2016 hearing (Doc. 38).  The Court having reviewed said Motion finds that it is well taken and, therefore, **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss scheduled on March 18, 2016 at 1:30 p.m. is hereby vacated and rescheduled for **Tuesday March 22, 2016** at **9:00 a.m.**, United States District Court for the District of Colorado, Courtroom A702.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE