**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03514-WPJ-NYW

K.B., by and through her next friend, ANGELA BOURELLE,

    Plaintiff,

v.

CHRISTOPHER J. PEREZ, in his personal capacity,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Memorandum Opinion and Order Granting Defendant's Motion to Dismiss of Judge William P. Johnson entered on April 1, 2016 it is

    ORDERED that the Court GRANTS Defendant's Motion to Dismiss.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Christopher J. Perez and against Plaintiff K.B., by and through her next friend Angela Bourelle. It is

    FURTHER ORDERED that Defendant shall have his costs by  the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and

pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 1st day of April, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

Deputy Clerk